## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

In re:   Nicholas Lee Schmitt
       Elizabeth Faye Schmitt

Case No.:  05-60185-abf-13

In Proceedings Under
Chapter 13

          Debtors

## APPLICATION TO DEPOSIT FUNDS INTO THE COURT REGISTRY ON BEHALF OF CREDITOR

COMES NOW Richard V. Fink, Chapter 13 Trustee, and applies to the Court for an Order to deposit funds as identified below in the total amount of $4.03 into the Court Registry, as provided by 11 U.S.C. Section 347.

Dated:  August 27, 2009

/s/  Richard V. Fink, Trustee

Richard V. Fink, Trustee
818 Grand Blvd., Suite 800
Kansas City, MO 64106-1901
(816) 842-1031

Ann Thompson, Court Executive
Us District Court
400 E 9Th St Rm 2710
Kansas City, MO  64106

Check No.:  26241

Creditor No.:  259181

| Case No. | Name | Amount of Payment |
|---|---|---|
| 05-60185-abf-13 | Ear Nose & Throat Assoc<br>Professional Credit Management<br>706 S Main Ste # 1<br>Mountain Home, AR  72653 | $4.03 |
| Account:  339958 | | Trustee Record No.:  22 |

JQ      /Application Pay Funds Into Court Registry

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

In re:   Nicholas Lee Schmitt                          Case No.:  05-60185-abf-13
      Elizabeth Faye Schmitt

          Debtors                                In Proceedings Under
                                                Chapter 13

## NOTICE OF MOTION TO PAY FUNDS INTO THE COURT'S REGISTRY

Richard V. Fink, Trustee, has filed an Application to Deposit Funds into the Court's Registry.

Any response to the application must be filed within twenty (20) days of the date of this notice, pursuant to Local Rule 9013-1D, with the Clerk of the U.S. Bankruptcy Court.  Documents can be filed electronically at https://ecf.mowb.uscourts.gov.  A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing.  If debtor's counsel is not registered for electronic filing, you must serve the response by mail.  If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing.  If a hearing is to be held, notice of such hearing will be sent to all parties in interest.  If no response is filed within twenty (20) days, the Court will enter an order to pay the funds into the Court's registry.  For information about electronic filing go to www.mow.uscourts.gov.  If you have questions about this document or the application, contact your attorney.

Dated:  August 27, 2009                          /s/  Richard V. Fink, Trustee

                                                 Richard V. Fink, Trustee
                                                 818 Grand Blvd., Suite 800
                                                 Kansas City, MO 64106-1901

## NOTICE OF SERVICE

Appropriate parties will be served by the Chapter 13 Trustee's Office either electronically or by mail.

                                                 /s/  Richard V. Fink, Trustee

                                                 Richard V. Fink, Trustee
                                                 818 Grand Blvd., Suite 800
                                                 Kansas City, MO 64106-1901

JQ      /Application Pay Funds Into Court Registry